| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Catherine Courts Condominium, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2750044 |
| 4. | **Debtor's address** | **Principal place of business** **6400 N. Northwest Highway Suite 4 Chicago, IL 60631** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **8503 W. Catherine Ave. Chicago, IL 60656** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Catherine Courts Condominium, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Catherine Courts Management, Inc.**    Relationship **Affiliate**
District **Northern District of Illinois**    When **10/20/19**    Case number, if known _____

Debtor **Catherine Courts Condominium, LLC**　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **Catherine Courts Condominium, LLC**                    Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/20/2019**
              MM / DD / YYYY

X _/s/ Guido C. Neri_                           **Guido C. Neri**
Signature of authorized representative of debtor   Printed name

Title  **Member and Authorized Representative**

---

**18. Signature of attorney**

X **/s/ Amrit S. Kapai**                         Date  **October 20, 2019**
Signature of attorney for debtor                       MM / DD / YYYY

**Amrit S. Kapai**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street
Suite 1221
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 337-7700**    Email address  **amritk@goldmclaw.com**

**6306285 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Catherine Courts Condominium, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aerex Pest Control** 4301 E Wilmette Ave Rolling Meadows, IL 60008 | | Professional services | | | | $390.00 |
| **Beezee Plumbing** 1228 Allanson Rd Mundelein, IL 60060 | | Professional services | | | | $477.50 |
| **CDS Leasing** 19 Gloria Lane Fairfield, NJ 07004 | | Copier lease | | | | $44.66 |
| **Chase Card Services** P.O. Box 15298 Wilmington, DE 19850 | | Credit card debt | | | | $2,676.32 |
| **ComEd** P.O. Box 805379 Chicago, IL 60680 | | Utility | | | | $297.96 |
| **D&J Accounting & Tax Services** 4950 N Harlem Ave # A Harwood Heights, IL 60706 | | Professional services | | | | $3,000.00 |
| **Home Depot** 2455 Paces Ferry Rd. NW Atlanta, GA 30339 | | Credit card debt | | | | $381.89 |
| **Pressure Pro** 7300 Commercial Cir Fort Pierce, FL 34951 | | Professional services | | | | $180.00 |
| **Screening Reports Inc.** 220 Gerry Dr # 100 Wood Dale, IL 60191 | | | | | | $108.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Catherine Courts Condominium, LLC**　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Super Steam Carpets** **8412 Wilmette Ave A** **Darien, IL 60561** | | Professional services | | | | $620.00 |
| **Catherine Courts Condominium Association of Chicago** **8503 West Catherine Avenue** **Chicago, IL 60656** | | Association fees | Disputed | | | Unknown |

Fill in this information to identify the case:

Debtor name: **Catherine Courts Condominium, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/20/2019         X _____
                                  Signature of individual signing on behalf of debtor

                                  Guido C. Neri
                                  Printed name

                                  **Member**
                                  Position or relationship to debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re: **Catherine Courts Condominium, LLC**
Debtor(s)

Case No.
Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Guido C. Neri<br>6400 N. Northwest Highway<br>Suite 4<br>Chicago, IL 60631 | | 50% | Membership Interest |
| Mario Mikoda<br>6400 N. Northwest Highway<br>Suite 4<br>Chicago, IL 60631 | | 50% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10/20/2019      Signature  _Guido C. Neri_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Catherine Courts Condominium, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Catherine Courts Condominium, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**October 20, 2019**  
Date

**/s/ Amrit S. Kapai**  
**Amrit S. Kapai**  
Signature of Attorney or Litigant  
Counsel for  **Catherine Courts Condominium, LLC**  
**Goldstein & McClintock LLLP**  
**111 W Washington Street**  
**Suite 1221**  
**Chicago, IL 60602**  
**(312) 337-7700 Fax:(312) 277-2305**  
**amritk@goldmclaw.com**

# RESOLUTION
## of
## CATHERINE COURTS CONDOMINIUM, LLC
### (an Illinois Limited Liability Company)

### Effective as of October 14, 2019

Catherine Courts Management, Inc., in its capacity of manager (the "*Manager*") of Catherine Courts Condominium, LLC, an Illinois limited liability company (the "*Company*"), as well as Guido C. Neri and Mario Mikoda as the sole members of the Company, hereby consents in writing to the following resolutions.

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Guido C. Neri (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers it appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers,

investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Representative;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Representative shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Representative is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Representative of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Representative of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Representative of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

By: Guido C. Neri
Its: Member, Catherine Courts Condominium, LLC

By: Mario Mikoda
Its: Member, Catherine Courts Condominium, LLC

Catherine Courts Management, Inc. in its capacity as Manager of Catherine Courts Condominium, LLC

By: Guido C. Neri in his capacity as President, Shareholder, and Board Member of Catherine Courts Management, Inc.

By: Mario Mikoda in his capacity as Secretary, Shareholder, and Board Member of Catherine Courts Management, Inc.

3

Aerex Pest Control
4301 E Wilmette Ave
Rolling Meadows, IL 60008

All Pro Mechanical Services
810 Bakke Ave
Waterford, WI 53185

Beezee Plumbing
1228 Allanson Rd
Mundelein, IL 60060

Catherine Courts Condo Assn of Chic
8503 W Catherine Ave
Chicago, IL 60656

CDS Leasing
19 Gloria Lane
Fairfield, NJ 07004

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Coast to Coast Carpentry
PO Box 36941
Tucson, AZ 85740

Comcast
One Comcast Center
Philadelphia, PA 19103

ComEd
P.O. Box 805379
Chicago, IL 60680

Contractors 4 You
60 Evergreen Dr
Lemont, IL 60439

Cook County Treasurer
118 North Clark Street
Room 112
Chicago, IL 60602

D&J Accounting & Tax Services
4950 N Harlem Ave # A
Harwood Heights, IL 60706


Deluxe for Business
3680 Victoria Street North
Saint Paul, MN 55126


DNS Services
11490 Commerce Park Drive Suite #14
Reston, VA 20191


Ecco Heat Corp
6332 S Central Ave
Chicago, IL 60638


Eco Tech Inc.
156 Hickory Springs Industrial Dr
Canton, GA 30115


Galario Property Investment
60 Evergreen Dr
Lemont, IL 60439


GCN Properties, LLC
11 Fox Glen Dr Sinking
Spring, PA 19608


Glass & Mirror America
1002 E 87th St
Chicago, IL 60619


HD Supply Facility
635 Northwest Ave
Melrose Park, IL 60164


Home Depot
2455 Paces Ferry Rd. NW
Atlanta, GA 30339


Hometown Real Estate
7700 W Belmont Ave
Chicago, IL 60634

```
Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60640


Illinois Department of Revenue
PO BOX 19005
Springfield, IL 62794


Illinois Professional Regulations
320 West Washington Street
Springfield, IL 62786


Illinois Secretary of State
Department of Business Services
201 S. Second St., Ste. 350
Springfield, IL 62756


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


IPFS Corporation
PO BOX 412086
Kansas City, MO 64141


J.S. Painting Services, Inc.
4543 W. 66th Place
Chicago, IL 60629


Mayer & Marsh
123 W Madison St #700
Chicago, IL 60602


Parkway Bank
4800 Harlem Ave
Harwood Heights, IL 60706


Paychex
230 W Monroe St #1020
Chicago, IL 60606


Pressure Pro
7300 Commercial Cir
Fort Pierce, FL 34951
```

```
Remax Landmark
6020 W Higgins Ave
Chicago, IL 60630


Robert J. DiSilvestro
5231 N. Harlem Ave.
Chicago, IL 60656


Screening Reports Inc.
220 Gerry Dr # 100
Wood Dale, IL 60191


Super Steam Carpets
8412 Wilmette Ave A
Darien, IL 60561


TelAssist
7456 S State Rd
Suite 206
Chicago, IL 60638


US Underwriters
975 E Nerge Rd
Roselle, IL 60172


Wilmar Industries
8461 Mid County Industrial Dr
Saint Louis, MO 63114
```