UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
                                                    )   Case No. 19-29822
    Catherine Courts Condominium,                   )   (Jointly Administered)
    LLC, et al.                                     )
                                                    )   Chapter 11
           Debtor.                                  )
                                                    )
_____                 )   Honorable Timothy A. Barnes

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GOLDSTEIN & MCCLINTOCK LLLP, COUNSEL TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 71,360.00 | TOTAL COSTS REQUESTED: | $ 744.72 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 71.14 |
| TOTAL FEES ALLOWED: | $ 71,360.00 | TOTAL COSTS ALLOWED: | $ 673.58 |

TOTAL FEES AND COSTS ALLOWED: $ 72,033.58

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Meal Expenses – TOTAL of disallowed amounts: $ 71.14

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) (Sonderby, J.) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client."). The attached expense entries contain charges for meals on November 12, 2019, in the amount of $49.92, and on December 12, 2019, the latter being lumped with a separate, allowable expense incurred on the same date, for a total amount of $42.44. In the absence of further information regarding the breakdown of the December 12, 2019 expenses, the court has disallowed half of those expenses, *viz.*, $21.22.

Dated: February 11, 2020

                                                        _____
                                                        Timothy A. Barnes
                                                        United States Bankruptcy Judge

# EXHIBIT A

# Goldstein & McClintock LLLP

111 W. Washington St., Ste. 1221
Chicago, Illinois 60602
United States

# INVOICE

Invoice # 10223
Date: 01/21/2020
Due On: 02/05/2020

Catherine Courts Condominium, LLC and Catherine Courts Management, Inc.

## Case Administration

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Amrit Kapai | 10/22/2019 | Phone call with UST office regarding status and background (.2). Determine relevant post-petition filing deadlines (.7). Review correspondence from UST regarding initial debtor interview and 341 meeting (.2) and prepare client for upcoming obligations (.5). | 1.60 | $385.00 | $616.00 |
| Amrit Kapai | 10/28/2019 | Revise creditor matrix based on additional documentation from client (1.0). Review insurance-related documents from Parkway Bank, including association declarations (.8). | 1.80 | $385.00 | $693.00 |
| Teresa Gomez | 10/29/2019 | Update creditor matrix and upload same via cm/ecf | 1.10 | $235.00 | $258.50 |
| Teresa Gomez | 10/29/2019 | Prepare and file appearances via cm/ecf | 0.30 | $235.00 | $70.50 |
| Amrit Kapai | 10/29/2019 | Review media from client regarding damaged units. | 0.20 | $385.00 | $77.00 |
| Amrit Kapai | 10/31/2019 | Prepare for initial debtor interview (1.3). Attend initial debtor interview with client (1.1). | 2.40 | $385.00 | $924.00 |
| Amrit Kapai | 11/05/2019 | Email correspondence with association's counsel following inspection (.2). Phone call with company principals to discuss issue with pest control and cash collateral use (.2). | 0.40 | $385.00 | $154.00 |
| Amrit Kapai | 11/06/2019 | Review and consider email correspondence to and from client's principals regarding case admin and open tasks (.5). Follow up email correspondence with client's principals regarding same (.2). Address client inquiries regarding vendor payments (.2). Draft status update to client's principals following meeting with association's counsel (1.1). | 2.00 | $385.00 | $770.00 |
| Teresa Gomez | 11/07/2019 | Update creditor matrix | 0.30 | $235.00 | $70.50 |
| Amrit Kapai | 11/14/2019 | Review and respond to email inquiries from company principals concerning open case | 0.50 | $385.00 | $192.50 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | issues. | | | |
| Amrit Kapai | 12/02/2019 | Review second interim cash collateral order (.3). Strategy conference with MEM to discuss strategy and next steps (.8). | 1.10 | $385.00 | $423.50 |
| Matthew McClintock | 12/02/2019 | Strategy conference with Amrit Kapai to discuss going forward tasks (0.8, none of time billed as a courtesy) | 0.80 | $0.00 | $0.00 |
| Amrit Kapai | 12/12/2019 | Conference call with client to discuss next steps. | 0.40 | $385.00 | $154.00 |
| Amrit Kapai | 12/17/2019 | Draft status update to client (.4). Email correspondence with client regarding special assessment notice (.2). Related phone call with bank's counsel and Matt McClintock (.2). Strategy conference with Matt McClintock to discuss open assignment and going forward strategy (.6). | 1.40 | $385.00 | $539.00 |
| Matthew McClintock | 12/17/2019 | Strategy conference with Amrit Kapai to discuss cash collateral, repair, claim investigation, and other open case issues (0.6 hours, none of time billed as a courtesy) | 0.60 | $0.00 | $0.00 |
| Matthew McClintock | 12/18/2019 | Consider and address issue related to parking stickers / cash collateral use | 0.20 | $495.00 | $99.00 |
| Amrit Kapai | 12/18/2019 | Prepare for and attend hearing on OCP motion and Rule 2004 Motion (2.0). | 2.00 | $385.00 | $770.00 |
| Matthew McClintock | 12/19/2019 | Review request from lender (re: sweeping funds early) and correspondence to Amrit Kapai to re: same and related budget issue to address | 0.10 | $495.00 | $49.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Amrit Kapai | 13.8 | $385.00 | $5,313.00 |
| Matthew McClintock | 0.3 | $495.00 | $148.50 |
| Matthew McClintock | 1.4 | $0.00 | $0.00 |
| Teresa Gomez | 1.7 | $235.00 | $399.50 |
| | | Subtotal | $5,861.00 |

## First Day and Business Pleadings

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Matthew McClintock | 10/21/2019 | Review and revise first day declaration (1.2); | 3.20 | $495.00 | $1,584.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | respond to inquiry from client re: cash collateral budget (0.2); call with client and Amrit Kapai (for part) re: budget and other issues (1.0); follow-up on issues from call, including strategy conference with Ashley Brandt and Amrit Kapai concerning prosecution of claims against condo association (0.6); follow-up correspondence to clients re: budget and cash collateral issues (0.2) | | | |
| Amrit Kapai | 10/21/2019 | Update client's principals regarding filing issues (.2). Preliminary research related to cash collateral issues (1.8). Revise first day declarations (1.9). Revise joint administration motion (.5). Conference call with client to discuss CC budget (.4). Review same (.4). | 5.20 | $385.00 | $2,002.00 |
| Matthew McClintock | 10/22/2019 | Continue to draft interim cash collateral order | 2.40 | $495.00 | $1,188.00 |
| Amrit Kapai | 10/22/2019 | Further revise first day declarations (1.5); Review revised cash collateral budget (.4) | 1.90 | $385.00 | $731.50 |
| Amrit Kapai | 10/23/2019 | Confer with Matt McClintock and Ashley Brandt to discuss cash collateral budget and motion (.3). Review payoff quote from bank's counsel (.2). Multiple correspondence with Matt McClintock to discuss cash collateral motion and budget (.7). Review and revise motion to extend time to file schedules and other information (.7). | 1.90 | $385.00 | $731.50 |
| Matthew McClintock | 10/23/2019 | Multiple strategy conferences with Amrit Kapai concerning cash collateral issues and other issues for finalizing first day pleadings (0.8 hours, none of time billed as a courtesy) | 0.80 | $0.00 | $0.00 |
| Amrit Kapai | 10/24/2019 | Review, revise and finalize first day declarations and motions (4.2). Coordinate filing and service (1.0). Research issues related to cash collateral motion (1.4). Multiple phone calls and email correspondence with client to discuss revisions to first day declarations (.6). | 7.20 | $385.00 | $2,772.00 |
| Amrit Kapai | 10/28/2019 | Multiple email correspondence regarding cash collateral negotiations (.4). Review additional documents from client regarding status of outstanding invoices (.8). Phone call with client to discuss bank's concerns with CC budget (.3). Address issues related to cash collateral motion (1.5). | 3.00 | $385.00 | $1,155.00 |
| Jason Ben | 10/29/2019 | Call with M. McClintock and A. Kapai regarding Cash Collateral issues. | 0.40 | $525.00 | $210.00 |
| Jason Ben | 10/29/2019 | Strategy conference w. A. Kapai regarding | 0.20 | $525.00 | $105.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | cash collateral issues. | | | |
| Jason Ben | 10/29/2019 | Call with M. McClintock regarding First Day Hearing. | 0.10 | $525.00 | $52.50 |
| Jason Ben | 10/29/2019 | Review materials to prepare for First Day Hearing. | 2.50 | $525.00 | $1,312.50 |
| Amrit Kapai | 10/29/2019 | Multiple email correspondence and phone calls with Matt McClintock and bank's counsel regarding interim cash collateral use (.5). Prepare interim CC budget (.8). Phone call with Association's counsel to discuss cash collateral motion (and related preparation) (.7). | 2.00 | $385.00 | $770.00 |
| Amrit Kapai | 10/29/2019 | Draft motion to pay pre-petition utility claims. | 1.80 | $385.00 | $693.00 |
| Matthew McClintock | 10/29/2019 | Calls with Jason Ben and Amrit Kapai to discuss Bank's refusal to consent to cash use and associated issues; additional call with Amrit Kapai and bank counsel in effort to negotiate consensual order; consider issues for contested hearing (1.5 hours, none of time billed as a courtesy) | 1.50 | $0.00 | $0.00 |
| Jason Ben | 10/30/2019 | Review case law for prep First Day hearing (.8); draft, review and revise presentation to Court (1.8) | 2.60 | $525.00 | $1,365.00 |
| Jason Ben | 10/30/2019 | Prepare for meeting with the client (.2); meet with client (.4). | 0.60 | $525.00 | $315.00 |
| Jason Ben | 10/30/2019 | Conference with lender and association's counsel in advance of hearing. | 0.20 | $525.00 | $105.00 |
| Jason Ben | 10/30/2019 | Attend First Day Hearing. | 0.70 | $525.00 | $367.50 |
| Jason Ben | 10/30/2019 | Follow-up meeting with client regarding result of hearing and go-forward issues. | 0.40 | $525.00 | $210.00 |
| Jason Ben | 10/30/2019 | Discuss go forward strategy with A. Kapai regarding edits to Agreed Order and case. | 0.40 | $525.00 | $210.00 |
| Amrit Kapai | 10/30/2019 | Prepare for (2.9) and attend first day hearing (.7). Revise proposed orders for joint admin motion and motion to extend time to file schedules/SOFA and submit to chambers (1.0). Revise interim cash collateral budget and send to client with follow up questions (.7). Multiple email correspondence regarding same (.2). | 5.50 | $385.00 | $2,117.50 |
| Amrit Kapai | 10/31/2019 | Multiple email correspondence with bank's counsel regarding interim cash collateral order (.3). Review related documents from bank's counsel (.3). Finalize interim cash collateral budget and circulate to parties (.5). | 3.30 | $385.00 | $1,270.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Continue drafting utility motion and related research (2.2). | | | |
| Amrit Kapai | 11/01/2019 | Finalize interim cash collateral order and circulate to parties (.3). Multiple email correspondence and phone calls with parties in interest regarding same (.2). | 0.50 | $385.00 | $192.50 |
| Amrit Kapai | 11/01/2019 | Research relating to payment of de minimis pre-petition utility payments. | 0.30 | $385.00 | $115.50 |
| Amrit Kapai | 11/06/2019 | Phone call with client regarding cash collateral use (.2). Follow up phone call with bank (.1). | 0.30 | $385.00 | $115.50 |
| Amrit Kapai | 11/08/2019 | Prepare second interim cash collateral budget and related call with client. | 0.60 | $385.00 | $231.00 |
| Amrit Kapai | 11/08/2019 | Draft cash management motion and research of issues related to same. | 2.80 | $385.00 | $1,078.00 |
| Amrit Kapai | 11/11/2019 | Review and revise motion to use existing cash management system. | 0.50 | $385.00 | $192.50 |
| Amrit Kapai | 11/12/2019 | Revise cash management motion. | 2.00 | $385.00 | $770.00 |
| Amrit Kapai | 11/15/2019 | Review Debtor's October operating expenses (.4). Review and finalize second interim budget and circulate to bank's counsel (.5). | 0.90 | $385.00 | $346.50 |
| Amrit Kapai | 11/18/2019 | Multiple email correspondence to address issues with vendor invoice payment. | 0.80 | $385.00 | $308.00 |
| Matthew McClintock | 11/19/2019 | Strategy conference with Amrit Kapai concerning issues for tomorrow's hearing (cash collateral, cash management, and retention) | 0.20 | $495.00 | $99.00 |
| Amrit Kapai | 11/19/2019 | Draft second interim cash collateral order (.5). Multiple email correspondence with MEM re same (.3). Phone call with bank's counsel regarding same (.4). Discuss related strategy issues with MEM (.2). | 1.40 | $385.00 | $539.00 |
| Matthew McClintock | 11/20/2019 | Prepare for (including revising order) contested cash collateral hearing (0.9); attend same, including meetings with parties before and after (1.3); draft revised cash collateral order after hearing and circulate to creditors for approval along with redline (0.5); post-hearing strategy conferences with Ashley Brandt and Amrit Kapai (0.4); call with counsel to Association concerning minimizing litigation costs (0.2); coordinate submission of agreed order to court (including email and hard copy correspondence to comply with court's | 3.90 | $495.00 | $1,930.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | procedures) (0.6) | | | |
| Amrit Kapai | 11/20/2019 | Strategy conference with Matt McClintock and Ashley Brandt to discuss outcome of cash collateral hearing. | 0.20 | $385.00 | $77.00 |
| Ashley Brandt | 11/20/2019 | Conference with Matt McClintock to discuss cash collateral hearing (.2 hours, time not billed as courtesy). | 0.20 | $0.00 | $0.00 |
| Matthew McClintock | 11/21/2019 | Call with bank counsel to discuss settlement of cash collateral dispute | 0.20 | $495.00 | $99.00 |
| Amrit Kapai | 12/03/2019 | Draft final cash collateral order. | 1.80 | $385.00 | $693.00 |
| Matthew McClintock | 12/04/2019 | Review and revise draft of proposed final cash collateral order received from Amrit Kapai (0.5); strategy conference with Amrit Kapai to discuss budget issues (0.2); respond to correspondence from bank re: assessment / budget issue (0.1) | 0.80 | $495.00 | $396.00 |
| Amrit Kapai | 12/04/2019 | Review and finalize final cash collateral order (1.0). Prepare final cash collateral budget (including (0.2) conference with MEM to discuss related issues) (.8). Related email correspondence with bank's counsel (.2). | 2.00 | $385.00 | $770.00 |
| Amrit Kapai | 12/05/2019 | Multiple email correspondence with bank's counsel and client regarding proposed final cash collateral order + budget (including protocol for remitting AP payments) (.8). Related correspondence with MEM regarding same (.3). | 1.10 | $385.00 | $423.50 |
| Amrit Kapai | 12/06/2019 | Draft motion to approve interim compensation procedures. | 1.10 | $385.00 | $423.50 |
| Amrit Kapai | 12/09/2019 | Begin drafting ordinary course professional retention motion. | 0.80 | $385.00 | $308.00 |
| Amrit Kapai | 12/10/2019 | Continue drafting OCP motion. | 1.90 | $385.00 | $731.50 |
| Amrit Kapai | 12/12/2019 | Review and finalize OCP motion and coordinate filing and service (.5). Prepare form Rule 2014 statement (.3). | 0.80 | $385.00 | $308.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jason Ben | 8.1 | $525.00 | $4,252.50 |
| Ashley Brandt | 0.2 | $0.00 | $0.00 |
| Amrit Kapai | 51.6 | $385.00 | $19,866.00 |
| Matthew McClintock | 10.7 | $495.00 | $5,296.50 |

| Matthew McClintock | | | 2.3 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | | | | Subtotal | **$29,415.00** |

## Schedules and Statements

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Eric Garavaglia | 10/23/2019 | Draft motion to extend deadline to file schedules/sofa (with accompanying proposed order) | 1.30 | $295.00 | $383.50 |
| Amrit Kapai | 11/01/2019 | Prepare schedules/SOFA information request and related cover email to client. | 1.10 | $385.00 | $423.50 |
| Amrit Kapai | 11/07/2019 | Preliminary review of information from client relating to SOFA. | 1.00 | $385.00 | $385.00 |
| Amrit Kapai | 11/11/2019 | Work on preparation of schedules/SOFA (2.0). Related email correspondence with client (.2). | 2.20 | $385.00 | $847.00 |
| Teresa Gomez | 11/12/2019 | Work on schedules and SOFA | 2.10 | $235.00 | $493.50 |
| Amrit Kapai | 11/12/2019 | Continue work on schedules/statement of financial affairs. | 4.10 | $385.00 | $1,578.50 |
| Teresa Gomez | 11/13/2019 | Work on finalizing and filing schedules and statement of financial affairs | 2.90 | $235.00 | $681.50 |
| Matthew McClintock | 11/13/2019 | Telephone strategy conferences with Amrit Kapai to address questions and discuss issues relating to finalizing schedules and statements | 0.50 | $495.00 | $247.50 |
| Amrit Kapai | 11/13/2019 | Phone call and email correspondence with client regarding follow up documents for schedules/SOFA (.3). Review and revise same (4.1). Related phone call with MEM (.5). | 4.90 | $385.00 | $1,886.50 |
| Amrit Kapai | 11/15/2019 | Prepare schedules/SOFA for CCM and coordinate filing. | 0.50 | $385.00 | $192.50 |
| Teresa Gomez | 11/15/2019 | Work on Catherine Courts Management Schedules and Statement of Financial Affairs | 0.90 | $235.00 | $211.50 |
| Amrit Kapai | 12/11/2019 | Draft email correspondence to client regarding preparation of MOR (.8). Address related issues (.4). | 1.20 | $385.00 | $462.00 |
| Amrit Kapai | 12/18/2019 | Prepare Oct/Nov MOR and review documents from client relating to same. | 2.30 | $385.00 | $885.50 |
| Amrit Kapai | 12/19/2019 | Continue preparing October/November MOR | 1.40 | $385.00 | $539.00 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | and transmit to client for review (1.1). Phone call and email correspondence with client regarding same (.3). | | | |
| Amrit Kapai | 12/23/2019 | Address issues related to October/November MOR. | 0.70 | $385.00 | $269.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Eric Garavaglia | 1.3 | $295.00 | $383.50 |
| Amrit Kapai | 19.4 | $385.00 | $7,469.00 |
| Matthew McClintock | 0.5 | $495.00 | $247.50 |
| Teresa Gomez | 5.9 | $235.00 | $1,386.50 |
| | | Subtotal | $9,486.50 |

## Employment and Fee Applications

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Amrit Kapai | 10/30/2019 | Draft G&M retention application and related documents. | 2.50 | $385.00 | $962.50 |
| Amrit Kapai | 10/31/2019 | Continue drafting declaration in connection with retention application. | 0.50 | $385.00 | $192.50 |
| Matthew McClintock | 11/04/2019 | Review and revise declaration in support of G&M's retention application (0.6) | 0.60 | $495.00 | $297.00 |
| Matthew McClintock | 11/05/2019 | Review and revise declaration in support of retention application | 0.40 | $495.00 | $198.00 |
| Amrit Kapai | 11/07/2019 | Revise G&M retention application and declaration. | 1.90 | $385.00 | $731.50 |
| Amrit Kapai | 11/08/2019 | Finalize G&M retention application and coordinate filing and service (.7). Draft proposed order (.4). | 1.10 | $385.00 | $423.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Amrit Kapai | 6.0 | $385.00 | $2,310.00 |
| Matthew McClintock | 1.0 | $495.00 | $495.00 |
| | | Subtotal | $2,805.00 |

## Executory Contracts and Leases

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Matthew McClintock | 11/07/2019 | Respond to Amrit Kapai concerning lease issue | 0.10 | $495.00 | $49.50 |
| Amrit Kapai | 11/07/2019 | Research regarding notice and assumption/ assignment issues for tenant leases. | 1.80 | $385.00 | $693.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Amrit Kapai | 1.8 | $385.00 | $693.00 |
| Matthew McClintock | 0.1 | $495.00 | $49.50 |
| | | **Subtotal** | **$742.50** |

## Claims Analysis and Recovery

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Ashley Brandt | 10/28/2019 | Review and analyze declaration and issues related to bylaws and initiate preparing requests for documentation from association and requests regarding use and payment of insurance proceeds. | 0.70 | $425.00 | $297.50 |
| Ashley Brandt | 11/06/2019 | Review and analyze issues related to potential claims against association. | 0.30 | $425.00 | $127.50 |
| Amrit Kapai | 11/12/2019 | Draft follow up email correspondence to Association regarding document request, inquiries from prior meeting, and other open issues. | 0.70 | $385.00 | $269.50 |
| Matthew McClintock | 11/15/2019 | Correspondence with association counsel to obtain docuements | 0.10 | $495.00 | $49.50 |
| Ashley Brandt | 12/03/2019 | Review and analyze issues related to by laws and declaration and matters related to voting and right to vote regarding same (.6); review issues related to claims for failure to repair damaged units with insurance proceeds (.6); review issues related to upcoming meeting of condominium association (.4). | 1.60 | $425.00 | $680.00 |
| Amrit Kapai | 12/03/2019 | Prepare for (.8) and participate in strategy conferences with MEM and AWB to discuss claims against third party and potential adversary filings (.5). | 1.30 | $385.00 | $500.50 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Matthew McClintock | 12/03/2019 | Conference with Ashley Brandt and Amrit Kapai regarding potential basis for adversary proceedings (not billed as courtesy). | 0.50 | $0.00 | $0.00 |
| Ashley Brandt | 12/03/2019 | Office conference with Amrit Kapai and Matt McClintock to discuss adversary proceeding against potential third party (not billed as courtesy). | 0.50 | $0.00 | $0.00 |
| Matthew McClintock | 12/09/2019 | Follow-up with Amrit Kapai concerning addressing Association's failure to produce requested documents (needed for evaluating claims and addressing repair issues) | 0.20 | $495.00 | $99.00 |
| Matthew McClintock | 12/18/2019 | Strategy conference with Amrit Kapai to discuss hearing outcome and strategy issues in light of same (0.4 hours, not billed as a courtesy). | 0.40 | $0.00 | $0.00 |
| Amrit Kapai | 12/18/2019 | Conference with MEM to discuss results of hearing and next steps. | 0.40 | $385.00 | $154.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Ashley Brandt | 2.6 | $425.00 | $1,105.00 |
| Ashley Brandt | 0.5 | $0.00 | $0.00 |
| Amrit Kapai | 2.4 | $385.00 | $924.00 |
| Matthew McClintock | 0.3 | $495.00 | $148.50 |
| Matthew McClintock | 0.9 | $0.00 | $0.00 |
| | | **Subtotal** | **$2,177.50** |

## Meetings and Communications with Creditors

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Matthew McClintock | 10/24/2019 | Multiple correspondence with bank counsel re: adequate protection and cash collateral use (0.4); associated correspondence with client and co-counsel re: strategy for same (0.3) | 0.70 | $495.00 | $346.50 |
| Ashley Brandt | 10/28/2019 | Review and analyze issues related to proposed plan and conference with attorney for lender regarding same. | 0.60 | $425.00 | $255.00 |
| Amrit Kapai | 11/01/2019 | Review email correspondence from various parties in interest regarding status and open issues (.3). Phone call with party in state court litigation regarding bankruptcy status | 0.50 | $385.00 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | (.2). | | | |
| Amrit Kapai | 11/04/2019 | Participate in bank's inspection of damaged condo units (3.0). Related phone call with Matt McClintock to discuss same (.3). | 3.30 | $385.00 | $1,270.50 |
| Matthew McClintock | 11/05/2019 | Call with Amrit Kapai and bank counsel to discuss open issues (0.4 hours, not billed as a courtesy). | 0.40 | $0.00 | $0.00 |
| Amrit Kapai | 11/05/2019 | Conference call with MEM and bank counsel (for part) to discuss status and open assignments. | 0.40 | $385.00 | $154.00 |
| Amrit Kapai | 11/05/2019 | Prepare for meeting with Association's counsel including reviewing condo declaration. | 0.40 | $385.00 | $154.00 |
| Matthew McClintock | 11/06/2019 | Respond to inquiry from bank counsel re: tax escrow payment | 0.10 | $495.00 | $49.50 |
| Matthew McClintock | 11/06/2019 | Meeting with counsel to Condo Association and Amrit Kapai to discuss insurance and repair issues for fire-damaged units and also back and forth claims allegedly held by association and Debtor (and how such claims might be resolved while minimizing legal expense) | 1.50 | $495.00 | $742.50 |
| Amrit Kapai | 11/06/2019 | Revise chart of potential claims against the Association (.3). Prepare for (.7) and attend meeting with Association's counsel (1.5). | 2.50 | $385.00 | $962.50 |
| Amrit Kapai | 11/06/2019 | Draft response to bank's information information/document request. | 1.10 | $385.00 | $423.50 |
| Matthew McClintock | 11/07/2019 | Email correspondence with bank counsel and Amrit Kapai concerning issues for upcoming cash collateral budget (0.2); call with same to discuss (0.3); additional (subsequent) call to discuss related but different issues (payments and whether they should clear, etc.) (0.2) | 0.70 | $495.00 | $346.50 |
| Amrit Kapai | 11/07/2019 | Multiple email correspondence with bank and MEM regarding second interim cash collateral budget (.2). Conference with MEM to discuss same (.1). Follow up phone call with the bank to discuss payment of expenses and related email correspondence with client (.4). | 0.70 | $385.00 | $269.50 |
| Matthew McClintock | 11/13/2019 | Reply to inquiry from bank counsel | 0.10 | $495.00 | $49.50 |
| Matthew McClintock | 11/14/2019 | Respond to inquiry from bank counsel about payment of tax escrows | 0.10 | $495.00 | $49.50 |
| Amrit Kapai | 11/15/2019 | Email correspondence with Association's | 0.20 | $385.00 | $77.00 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | counsel regarding status of document request and other open issues. | | | |
| Matthew McClintock | 11/19/2019 | Multiple correspondence with Bank, Association, and Amrit Kapai concerning cash collateral order, progress on repairs, and other issues | 0.20 | $495.00 | $99.00 |
| Amrit Kapai | 11/20/2019 | Prepare for and attend 341 meeting. | 2.00 | $385.00 | $770.00 |
| Matthew McClintock | 11/21/2019 | Multiple correspondence with counsel to bank concerning possible settlement of cash collateral issues and, subsequently, concerning exchange of documents for hearing (0.3); consider issues and possible means of resolving (0.2) | 0.50 | $495.00 | $247.50 |
| Amrit Kapai | 12/02/2019 | Review and respond to various business inquiries (.6). Draft email to bank's counsel regarding final CC order (.2). Draft email to Association regarding document requests (.2). | 1.00 | $385.00 | $385.00 |
| Amrit Kapai | 12/06/2019 | Draft response to inquiry of Cook County Tax Assessor (.7). Related email correspondence with client (.2). | 0.90 | $385.00 | $346.50 |
| Amrit Kapai | 12/26/2019 | Prepare for and participate in teleconference with bank's counsel regarding status. | 0.50 | $385.00 | $192.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Ashley Brandt | 0.6 | $425.00 | $255.00 |
| Amrit Kapai | 13.5 | $385.00 | $5,197.50 |
| Matthew McClintock | 3.9 | $495.00 | $1,930.50 |
| Matthew McClintock | 0.4 | $0.00 | $0.00 |
| | | **Subtotal** | **$7,383.00** |

## Avoidance Actions and Litigation

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Amrit Kapai | 10/21/2019 | Prepare for and attend state court eviction status hearing (1.3). Related follow up emails regarding results (0.2). | 1.50 | $385.00 | $577.50 |
| Ashley Brandt | 10/23/2019 | Review and analyze issues related to upcoming court hearing and motions to dismiss and notice of bankruptcy and prepare for same (.7); attend court ordered | 2.70 | $425.00 | $1,147.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | status and hearing on motions and on suggestion of bankruptcy and confirmation of stay (1.8); review correspondence and communicate with opposing counsel regarding issues related to hearing and cases (.2). | | | |
| Amrit Kapai | 10/23/2019 | Research regarding potential estate claims (2.3). Draft summary of findings (.8). | 3.10 | $385.00 | $1,193.50 |
| Amrit Kapai | 10/23/2019 | Assist with preparation for state court status hearing (0.8). Phone call with attorney for discovery respondents regarding bankruptcy stay (0.2). Confer with Ashley Brandt regarding same (0.3). | 1.30 | $385.00 | $500.50 |
| Amrit Kapai | 10/29/2019 | Prepare for and attend status hearing in eviction matter (1.2). | 1.20 | $385.00 | $462.00 |
| Ashley Brandt | 10/31/2019 | Prepare for and attend extended hearing regarding state court fraud action. | 2.20 | $425.00 | $935.00 |
| Matthew McClintock | 11/04/2019 | Call with Amrit Kapai concerning results of inspection of units and preparations for meeting with Condo Association | 0.30 | $495.00 | $148.50 |
| Amrit Kapai | 11/05/2019 | Draft summary of potential estate claims. | 1.80 | $385.00 | $693.00 |
| Matthew McClintock | 11/06/2019 | Correspondence with Ashley Brandt, Amrit Kapai, and Debtor's principals concerning meeting with condo association and strategy with respect to resolving (or if needed asserting) Debtor's claims against same | 0.30 | $495.00 | $148.50 |
| Amrit Kapai | 12/04/2019 | Preliminary research in connection with estate claims. | 2.20 | $385.00 | $847.00 |
| Amrit Kapai | 12/05/2019 | Continue preparing adversary proceeding with respect to voting rights (3.7). Related strategy conference with A. Brandt including phone call with client (1.0). | 4.70 | $385.00 | $1,809.50 |
| Ashley Brandt | 12/05/2019 | Conference with Amrit Kapai and related phone call with client regarding Debtor's rights and claims (unbilled as courtesy to client) | 1.00 | $0.00 | $0.00 |
| Amrit Kapai | 12/11/2019 | Prepare email correspondence to MEM to discuss litigation strategy against association (.2). Begin drafting 2004 motion (2.9). | 3.10 | $385.00 | $1,193.50 |
| Matthew McClintock | 12/12/2019 | Review and revise Rule 2004 motion and addendum (document request) aimed at getting information from Condo Association (necessitated by Association's failure to voluntarily produce same on a timely basis) | 3.70 | $495.00 | $1,831.50 |
| Amrit Kapai | 12/12/2019 | Further revisions to Rule 2004 motion, and | 3.00 | $385.00 | $1,155.00 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | coordinate filing and service. | | | |
| Amrit Kapai | 12/13/2019 | Revise and finalize 2004 motion exhibits and proposed order. | 1.80 | $385.00 | $693.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Ashley Brandt | 4.9 | $425.00 | $2,082.50 |
| Ashley Brandt | 1.0 | $0.00 | $0.00 |
| Amrit Kapai | 23.7 | $385.00 | $9,124.50 |
| Matthew McClintock | 4.3 | $495.00 | $2,128.50 |
| | | **Subtotal** | **$13,335.50** |

## Asset Sales

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Amrit Kapai | 12/17/2019 | Review potential sale inquiry and related email correspondence with MEM. | 0.40 | $385.00 | $154.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Amrit Kapai | 0.4 | $385.00 | $154.00 |
| | | **Subtotal** | **$154.00** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/20/2019 | Uber home from office after filing. | 1.00 | $16.08 | $16.08 |
| Expense | 11/04/2019 | Transportation to and from client site for inspection. | 1.00 | $45.68 | $45.68 |
| Expense | 11/12/2019 | Late work meal (for two professionals) to complete Schedules/SOFA. | 1.00 | $49.92 | $49.92 ① |
| Expense | 11/12/2019 | Late work car from office to home to complete Schedules/SOFA. | 1.00 | $11.65 | $11.65 |
| Expense | 11/30/2019 | Copy charges for the month of October 2019 (billed at actual cost of $0.10 per page) | 1.00 | $300.50 | $300.50 |
| Expense | 11/30/2019 | Postage charges for the month of October 2019 (billed at actual cost) | 1.00 | $91.05 | $91.05 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 12/12/2019 | Late work meal ( for one professional ) and uber home to complete time-sensitive case filings. | 1.00 | $42.44 | $42.44 ①|
| Expense | 12/31/2019 | Copy charges for the month of November 2019 (billed at actual cost of $0.10 per page) | 1.00 | $186.40 | $186.40 |
| Expense | 12/31/2019 | Postage charges for the month of November 2019 (billed at actual cost) | 1.00 | $1.00 | $1.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $744.72 |
| | | Subtotal | $72,104.72 |
| | | Total | $72,104.72 |

Please make all amounts payable to: Goldstein & McClintock LLLP

Please pay within 15 days.